AFFIRM; Opinion issued October 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

## No. 05-12-00023-CR
_____

### JEREMY JACK PRITCHARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-10-482**

## MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Bridges

Jeremy Jack Pritchard appeals from the adjudication of his guilt for indecency with a child by contact. *See* TEX. PENAL CODE ANN. § 21.11(a) (West 2011). The trial court assessed punishment at ten years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to

appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

_____
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120023F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEREMY JACK PRITCHARD, Appellant

No. 05-12-00023-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 439th Judicial District
Court of Rockwall County, Texas
(Tr.Ct.No. 2-10-482).
Opinion delivered by Justices Bridges,
Justices Richter and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 30, 2012.

 

 

_____
DAVID L. BRIDGES
JUSTICE